UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. ALONZO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:14-cv-00460 SKO<br><br>**STIPULATION AND ORDER<br>MODIFYING BRIEFING SCHEDULE** |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 days to January 3, 2015, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  Plaintiff is requesting a 30-day extension and Defendant needs an additional 15 days because a 30-day extension would interfere with her counsel's briefing schedule.  The extension is requested because Plaintiff's counsel recently experienced prolonged health problems that caused a backlog in her workload.

　　　　The parties further stipulate that the Court's Scheduling Order be modified accordingly.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date:  November 18, 2014　　　　　　JACQUELINE A. FORSLUND
　　　　　　　　　　　　　　　　　　　Attorney at Law


　　　　　　　　　　　　　　　　　　　*/s/Jacqueline A. Forslund*
　　　　　　　　　　　　　　　　　　　JACQUELINE A. FORSLUND

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

Date: November 18, 2014                    BENJAMIN J. WAGNER
                                           United States Attorney
                                           DONNA L. CALVERT
                                           Acting Regional Chief Counsel, Region IX
                                           Social Security Administration


                                           */s/\*Annabelle J. Yang*
                                           ANNABELLE J. YANG
                                           Special Assistant United States Attorney
                                           *By email authorization

                                           Attorney for Defendant


## **ORDER**

Pursuant to the parties' stipulation, the scheduling order shall be modified as indicated below.  The parties' requested dates have modified slightly.  Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before January 5, 2015;

2. Defendant shall file a responsive brief on or before February 23, 2015; and

3. Plaintiff may file an optional reply brief on or before March 13, 2014.


IT IS SO ORDERED.

   Dated:   **November 19, 2014**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE